USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

-against-

SALVADOR DIAZ,

                              Defendant.

------------------------------------------------------------ X

17-CR-227 (VEC) / 21-CV-2403 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 21, 2021, Mr. Diaz filed a petition for a writ of mandamus, *see* 17-CR-227, Dkt. 183;

IT IS HEREBY ORDERED that the Clerk of Court is directed to open a new civil case for Mr. Diaz's mandamus petition. The document at 17-CR-227, Dkt. 183 should be docketed as docket entry 1 in the new civil case.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Diaz.

**SO ORDERED.**

Date: **October 22, 2021**
       **New York, New York**

*[signature: Valerie Caproni]*

**VALERIE CAPRONI**
**United States District Judge**